IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CHRISTOPHER KYLE MIDDLETON, )<br>)<br>Defendant. ) | CASE NUMBER 24-MJ-4054-RJD<br><br>FILED UNDER SEAL |

## CRIMINAL COMPLAINT

I, Bryan C. Knowles, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### Count 1
### (Interstate Communication of a Threat to Injure)

On or about April 8, 2024, until on or about May 6, 2024, in the Southern District of Illinois and elsewhere, the defendant,

**CHRISTOPHER KYLE MIDDLETON,**

did knowingly transmit in interstate commerce a communication containing a threat to injure the person of another; to wit, the defendant sent an email via Yahoo!, Inc. online platform in which defendant stated, "…I will come after State Cops and their families…I catch a State Cop at a gas station or traffic stop in Williamson or Johnson County. They will be ambushed. Then I will take their identification and go to their house for their family…I see a State Cop in either county. They will be ambushed…I start killing cops…Anti-gun States Attorney and Governor going to make national news for dead cops," all in violation of Title 18, United States Code, Section 875(c).

I further state that this complaint is based on the following facts:

## INTRODUCTION

I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since 2019. I am currently assigned to the Marion Resident Agency, Springfield Division of the FBI. Prior to this, Your Affiant was a police officer and detective with the Wichita, Kansas Police Department for ten years. Your Affiant is responsible for investigating a variety of offenses, which include investigations involving threats of harm and violent offenders. Your Affiant has experience in conducting criminal investigations, as well as the collection of evidence and the identification and use of witnesses. Your Affiant is a "Federal Law Enforcement Officer" of the United States within the meaning of Rule 41 of the Federal Rules of Criminal Procedure; that is, a deputized officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, federal criminal offenses.

The statements contained in this affidavit are based on my personal knowledge as well as on information provided to me by other law enforcement officers. This affidavit is being submitted for the limited purpose of securing a criminal complaint and an arrest warrant, and I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that CHRISTOPHER MIDDLETON, committed violations of Title 18, United States Code, Section 875(c).

## STATUTORY AND LEGAL AUTHORITY

This investigation concerns a violation of Title 18, United States Code, Section 875(c), relating to the Interstate Communication of a Threat to Injure, by transmitting a threat to injure another person in violation of 18 United States Code, Section 875(c).

Based upon my training and experience, as well as conversations with other experienced law enforcement officers and experienced federal prosecutors, I know the following:

a. 18 U.S.C. 875(c) prohibits transmitting in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another, in violation of 18 United States Code, Section 875(c).

b. The internet is a facility of interstate commerce.

## BACKGROUND OF INVESTIGATION AND FACTS ESTABLISHING PROBABLE CAUSE CONCLUSION

1. In December 2018, CHRISTOPHER KYLE MIDDLETON was involved in a family dispute that resulted in MIDDLETON threatening to kill his family members. This is documented under Johnson County, Illinois court case number "2018CF67." Following this incident, MIDDLETON's father, mother, and sister filed an Order of Protection against him in Johnson County, Illinois. MIDDLETON ultimately pled guilty to Disorderly Conduct. Subsequently, MIDDLETON's Illinois Firearm Owners Identification (FOID) Card was revoked by the Illinois Firearms Service Bureau (FSB). MIDDLETON filed an appeal with the FSB to reinstate his FOID card. In May 2022, the appeal was denied and closed by the FSB.

2. In August 2022, MIDDLETON sent the first of many emails threatening to harm law enforcement. The emails were sent to numerous accounts belonging to the Illinois State Police (ISP), the Johnson County State's Attorney, and the Williamson County State's Attorney. The emails will be described below. The emails in their entirety will not be listed.

3. The emails were sent from "**cmiddl6235@aol.com**" (hereinafter, "**Email Address**"). Throughout the emails, MIDDLETON identifies himself, his home residence, and his phone number as "**618-694-6837**" (hereinafter, "**Phone Number**"). All the emails end with the automated statement "*Sent from my iPhone.*" Legal process for records on the **Email Address** and the **Phone Number** were served. Your Affiant reviewed those records.

4. The **Email Address** is owned by "Yahoo Inc." The **Email Address** was registered on January 12, 1998, by MIDDLETON. The recovery phone number associated with the account is the **Phone Number.** A recovery email address was also associated with the account, gohuntn@gmail.com. Subsequent legal process was served to identify the owner of gohuntn@gmail.com. MIDDLETON and the **Phone Number** were identified with this account.

5. The **Phone Number** is owned by "Verizon Wireless." The primary account holder was identified as "Twilla Middleton," MIDDLETON's mother. Verizon identified the **Email Address** as the "Owner Email Address." The **Phone Number** device was identified as the following: Apple, **iPhone XS, 256GB, Space Gray, IMEI: 353144100690261, IMSI- 311480526045785.**

6. On August 11, 2022, MIDDLETON sent the following email:

*"Well, I want to put the state of IL that Im now armed to the tooth. Any member of law enforcement comes on my property I will assume them as a threat...Johnson County wants to shake my doors. Come inside. I will put all you pigs down. You fucked with the wrong guy...Come to my property. See what happens. I will make you join the fuck round club..."* MIDDLETON ends the email with the statement: *"Pussies. Pigs in Blankets."*

7. On August 19, 2022, MIDDLETON sent the following email:

*"You ever seen what a Rage broadhead does to a deer? Come on you corrupt pigs. Let's see what it does to the throat of a pig...Call my bluff. I'm a multi millionaire. You are nothing but a brunch of broke pigs fucking with every day citizens. You are fucked. Wait until you see the sign...Make no mistake. I have no wife or children. You PIGS are going down."*

8. On August 20, 2022, ISP Trooper Brody Jeters initiated a text message communication with MIDDLETON on the **Phone Number**. Jeters was attempting to set up an interview. MIDDLETON became upset via text messaging and sent the following:

*"next cop that beats the shit out of my door and house and tries to break the law and bust/break locks. The arrows will be flying. Lets see who wants to break the law now. I suggest you contact the head of ISP and read the email sent Saturday morning."*

9. On July 12, 2023, MIDDLETON was arrested for trespassing and resisting arrest in St. Clair County, Illinois, on an unrelated matter.

10. On August 30, 2023, following his arrest mentioned above, MIDDLETON sent the following email:

*"Moreover, I have multiple firearms and 1000s of rounds of ammunition at 7325 Tunnel Hill Road Goreville IL 62939. Just so you are aware. As you are also aware your FOID card is constantly being ruled Unconstitutional in the Southern half of Illinois. You are welcome to come see my firearms anytime. Moreover, here is my phone number 6186946837."*

11. On September 7, 2023, MIDDLETON sent the following email:

> "I have multiple firearms and 1000s of rounds of ammunition at 7325 Tunnel Hill Road. Goreville IL 62939 I don't need a FOID card. All I had to due is apply. Come enforce your Unconstitutional FOID card. I Dare you."

12. On October 17, 2023, ISP executed a search warrant at MIDDLETON's residence. Prior to the execution of the search warrant, ISP conducted a traffic stop with MIDDLETON. During the stop, Trooper Donald Harbison conducted an interview of MIDDLETON. Harbison informed MIDDLETON that ISP was executing a search warrant at his residence. MIDDLETON was upset but provided the passcode to the garage door so access to the residence could be made without damaging the property. MIDDLETON told Trooper Harbison he was on his way to a doctor's appointment when he departed the traffic stop. ISP did not locate firearms or ammunition inside the residence. Numerous hunting bows and arrows were located inside the residence, but none were seized by ISP.

13. On October 17, 2023, after the incident described above, MIDDLETON sent the following email:

> "Make sure you send that documentation. Along with the videos and documents that my constitutional rights were just violated and unlawful search and possible seizure. Soon you will be facing the "second" 100 million dollar lawsuit against the State of IL."

14. On October 30, 2023, MIDDLETON sent the following email:

> "By the way, I went down to Kentucky for a sale on .223 ammo. Bought extra 5,000 rounds in case you pigs decide to harass any member of the Middleton family again…you decide to raid my farm while I was on the way to the doctor for a knee injury caused by a cop…And cop drew first blood. My clips are loaded and my safety is off. You will be dealt with on sight. Talking is over…no phone will be answered. Fuck around and find out. Cops want to destroy and not collect evidence. That's life. But make no mistake. I will finish anything you start. 7325 Tunnel Hill

Road Goreville IL 62939. Pigs in Blankets...You want a war. You can have anytime...You about to learn a lesson."

15. On February 26, 2024, MIDDLETON emailed ISP requesting the police report from the traffic stop and the search of his house that occurred on October 17, 2023. He also said the following in the email:

"Johnson County and the IL state police forgot one important thing...that they in fact have houses and families too...I'm setting on 27 guns and 10,000 rounds of ammunition. At 7325 Tunnel Hill Road. Goreville IL 62939. And no FOID card in my possession. Also a loaded handgun uncased and 2 AR-15 style rifles with 900 rounds of ammunition in vehicle at all times...For Criminals and Cops."

16. On April 8, 2024, MIDDLETON sent the following email:

"The State of IL doesn't response in 48 hours with the information I requested. I will come after State Cops and their families...I catch a State Cop at a gas station or traffic stop in Williamson or Johnson County. They will be ambushed. Then I will take their identification and go to their house for their family. State Police wanted a war. Now they have it...I see a State Cop in either county. They will be ambushed...making me get out of car on a false seatbelt ticket. I start killing cops...Anti-gun States Attorney and Governor going make national news for dead cops."

IP Address data was received from Verizon Wireless during the time the above email was sent. The data provided by Verizon showed that **Phone Number** was accessing the network during the time the email was sent on April 8, 2024.

IP Address data was also received from Yahoo Inc. The **Email Address** sent data during the time the email was sent on April 8, 2024.

17. On April 10, 2024, MIDDLETON sent an email that discussed his law enforcement contact in Saint Clair County. MIDDLETON also discussed the traffic stop and search that was conducted by ISP on October 17, 2023.

18. On May 6, 2024, MIDDLETON sent the following email:

*"Well, now that your about to all be fired how smart you feel now? And not so funny when you realize I'm willing to come after your families and houses...I was holding a 12GA on your fake flag boys head from 10ft. He would knocked and rang door bell...third time...I blown his fucking head off. Ever come back to 813 West Brewster RD Herrin. I kill you just for being in the yard."*

*"Text 6186946837. Date and Time. I be more than happy sit in front porch holding my favor gun. Be a lot less paperwork. And we can get down to business and finish this once and for all. Meanwhile. Don't think I forgot. I catch a State Cop at gas station or traffic stop in Williamson or Johnson county...they will be ambushed then their family...then house...True you might get me. But I get one of you and likely 5 or 10 before you get me."*

ISP obtained an emergency ping with Verizon Wireless after the email on April 8, 2024 was received. According to the Verizon Wireless ping data, the **Phone Number** was at or near the MIDDLETON's residence, when MIDDLETON sent the email on May 6, 2024.

19. On May 9, 2024, Your Affiant spoke with a representative with Yahoo!, Inc Law Enforcement Compliance who stated that Yahoo!, Inc servers are in several locations. None of those locations are within the State of Illinois, and that all communications on the platform route through these servers.

20. Based on the foregoing, I submit that there is probable cause to believe that on or about April 8, 2024, CHRISTOPHER KYLE MIDDLETON did knowingly transmit in interstate commerce a communication containing a threat to injure the person of another; to wit, the defendant sent an email via the Yahoo!, Inc. online platform in which defendant stated, "...I will come after State Cops and their families...I catch a State Cop at a gas station or traffic stop in Williamson or Johnson County. They will be ambushed. Then I will take their identification and go to their house for their family...I see a State

Cop in either county. They will be ambushed...I start killing cops...Anti-gun States Attorney and Governor going to make national news for dead cops," all in violation of Title 18, United States Code, Section 875(c).

_____
Bryan C. Knowles,
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this ___12th___ day of June 2024, at Benton, Illinois.

_____
REONA J. DALY
United States Magistrate Judge

_____
CASEY E. A. BLOODWORTH
Assistant United States Attorney